IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| SOCIETE DE L' ASSURANCE AUTOMOBILE DU QUEBEC<br><br>   Plaintiff<br><br>VS.<br><br>ABRAN RAMIREZ, LARRY PRICE, Individually and dba 1, 2, 3 AUTO SALES AND PARTS, RUTH PRICE, Individually and dba 123 AUTO SALES<br><br>   Defendants. | §§§§§§§§§§§§§§ Civil Action No. _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C §§ 1441(b) and 1446(a), Defendants Larry Price, Individually and dba 1,2,3 Auto Sales and Parts aka 123 Auto Sales and Parts aka 1, 2, 3, Auto Parts aka 1-2-3 Auto Sales and Ruth Price, Individually and d/b/a 123 Auto Sales a/k/a 1, 2, 3, Auto Sales file this Notice of Removal to the United States District Court for the Southern District of Texas, McAllen Division, and in support thereof respectfully shows the following:

**I. Procedural History**

1.    Plaintiff is Societe de l'assurance automobile du Quebec ("SAAQ").

2.    Larry Price, Individually and dba 1,2,3 Auto Sales and Parts aka 123 Auto Sales and Parts aka 1, 2, 3, Auto Parts aka 1-2-3 Auto Sales ("Larry Price") and Ruth Price, Individually and d/b/a 123 Auto Sales a/k/a 1, 2, 3, Auto Sales ("Ruth Price") are named defendants in this litigation, and they have made appearances in the state court litigation.

3. Abran Ramirez ("Ramirez") is a named defendant in this litigation, and he has not yet been served or otherwise appeared in the state court litigation.

4. This personal injury action arises out of an alleged automobile accident that occurred on or about January 11, 2021, in Edinburg, Hidalgo County, Texas. At or around 11:30 a.m., Michel Brossoit, Roger Depelteau, Nicole Michard, and Rachele Daoust (collectively "Quebec Citizens") had stopped their vehicle at a red light in the 3000 block of South McColl Road when Defendant Ramirez allegedly failed to control his speed and caused a major rear-end collision to multiple vehicles, which included the Quebec Citizens' vehicle. Exhibit A at pg. 3, ¶ 11. The Quebec Citizens allegedly suffered serious injuries because of the collision, and SAAQ, the Quebec Citizens' automobile insurance carrier, paid a total of $166,032.25 in medical treatments on their behalf. *Id*.

5. SAAQ commenced this lawsuit as a subrogee of the Quebec Citizens on January 10, 2022, in 389th Judicial District Court of Hidalgo County, Texas under Cause No. C-0091-22-H; *Societe de l'assurance automobile du Quebec v. Abran Ramirez, Larry Price, Individually and dba 1, 2, 3 Auto Sales and Parts, Ruth Price, Individually and dba 123 Auto Sales. Id*. Defendant Larry Price received first notice of the lawsuit via service of process on Wednesday, January 19, 2022. Exhibit E. Defendants Larry Price and Ruth Price filed their original answers in State Court on Monday, February 14, 2022. Exhibits F and G. Defendant Ramirez has not yet made an appearance in this lawsuit.

## II. Basis for Removal

6. Under 28 U.S.C. 1332(a)(1), the district courts have original jurisdiction of all civil actions in which there is complete diversity of citizenship and the amount in controversy exceeds $75,000 exclusive of costs and interest. 28 U.S.C. § 1332; *see also*

*Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545 U.S. 546, 553–54, 125 S.Ct. 2611, 162 L.Ed.2d 502 (2005). This Court has original subject matter jurisdiction over this civil action because the Plaintiff SAAQ is a citizen of a different country and the amount in controversy exceeds $75,000.

    **A.**    **There is complete diversity of citizenship between Plaintiff and the Defendants**

    7.    Complete diversity of citizenship exists when all defendants are citizens of states different from all of the plaintiffs. *Exxon Mobil Corp.*, 545 U.S. at 553. Corporate entities are citizens of the state in which they are incorporated and the state in which their principal places of business are located. *Howery v. Allstate Ins. Co.*, 243 F.3d 912, 920 (5th. Cir. 2001). Individuals are citizens of the state in which they are domiciled. *Hollinger v. Home State Mut. Ins. Co.*, 654 F.3d 564, 571 (5th Cir. 2011). Residency in a state is prima facie evidence that an individual is domiciled there. *Id.*

    8.    In this lawsuit, upon information and belief, Plaintiff SAAQ is a division of the government of Quebec which provides automobile insurance to the citizens of Quebec. Exhibit A at pg. 2, ¶ 4. Plaintiff SAAQ corporate headquarters is located at 333, Boulevard Jean-Lesage Quebec City, Quebec. Plaintiff SAAQ is the subrogee of the Quebec Citizens. *Id* at pg. 1, ¶ 3. Thus, Plaintiff SAAQ is citizen of a foreign state and is not a citizen of the United States of America or the State of Texas. Defendants Larry and Ruth Price reside and are domiciled in Hidalgo County, Texas, and thus, are citizens of the State of Texas. Defendant Ramirez also resides in Hidalgo County, Texas, and is a citizen of the State of Texas.

9. Because all of the Defendants are citizens of the State of Texas, and Plaintiff is citizen of Canada, there is complete diversity of citizenship between the Plaintiff and all the defendants in this lawsuit. *See* 28 U.S.C. § 1332.

**B.  The amount in controversy exceeds the jurisdictional minimum for this Court's diversity jurisdiction**

10. Removal is proper under this Court's diversity jurisdiction because the amount in controversy exceeds $75,000, exclusive of costs and interests. 28 U.S. 1332(a).

11. In its original petition, Plaintiff SAAQ has affirmatively pleaded that it seeks to recover $166,032.25 in medical expenses on behalf of the Quebec Citizens for injuries they allegedly sustained in the accident on January 11, 2021. Exhibit A at pg. 1, ¶¶ 2, 11, and 17. Accordingly, based on Plaintiff SAAQ's pleadings, the amount in controversy exceeds the $75,000 jurisdictional minimum necessary to invoke the Court's original diversity jurisdiction. 28 U.S.C. 1332(a).

**C.  All requirements of Removal have been met and removal to this Court is proper**

12. In accordance with 28 U.S.C. § 1446(b), a defendant must file a notice of removal within thirty (30) days after receiving a copy of the initial pleading. 28 U.S.C. § 1446(b). Defendant Larry Price received first notice of this lawsuit via service of process on Wednesday, January 19, 2022. Exhibit E. Therefore, Defendants Larry and Ruth Price have timely filed this removal within the limits required.

13. The United States District Court for the Southern District of Texas, McAllen Division is the proper court in which to remove this action pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), in that this civil action is pending in this district and division.

14. In accordance with the provisions of 28 U.S.C. § 1446(d), Defendants Larry and Ruth Price will promptly serve written notice of removal upon counsel for Plaintiff SAAQ and will be filing a copy of this Notice of Removal with Hidalgo County District Clerk for the 389th Judicial District Court.

15. As of the time of the filing of this notice of removal, Defendant Ramirez has not made an appearance in the lawsuit, nor has any affidavit of service showing he had been served with a copy of the citation and petition been filed with the Hidalgo County District Clerk's office. Exhibit H. Therefore, Defendants Larry and Ruth Price did not need to obtain consent from Defendant Ramirez prior to filing this removal. *Pritchett v. Cottrell, Inc.*, 512 F.3d 1057, 1062 (8th Cir. 2008)(holding when there are multiple defendants, the removing defendant must secure consent to remove from the other _served_ defendants).

15. All process, pleadings, orders, and all other filings in the state court action have been attached to this Notice of Removal, as required by 28 U.S.C. § 1446(a) and L.R. 81, which includes the following:

   (1) Copies of all pleadings, process, orders, and other filings in state court (Exhibits A-H);

   (2) Index of Matters Filed with Removal of the Case; and

   (3) List of All Counsel of Record

16. Plaintiff SAAQ did not demand a jury in the state-court lawsuit. Defendants Larry and Ruth Price hereby request a jury trial.

### III. Conclusion

17. Removal of Plaintiff SAAQ's suit is proper because Defendants are citizens of the State of Texas and the Plaintiff is a foreign citizen with is principal place of business in Quebec, Canada. Thus, there is complete diversity of citizenship between Plaintiff

SAAQ and defendants Larry Price, Ruth Price, and Abran Ramirez, and the amount in controversy exceeds $75,000.

        Respectfully submitted,

        HEARD & MEDACK, P.C.

        By: */s/ David W. Medack*
           David W. Medack
           Texas Bar No. 13892950
           S.D. Texas Bar No. 15597
           14100 Southwest Freeway, Suite 300
           Sugar Land, Texas 77478
           (713) 772-6400 – Telephone
           (713) 772-6495 – Facsimile
           Email: dmedack@heardmedackpc.com

        Attorneys for Defendants
LARRY PRICE, Individually and dba 1, 2, 3 AUTO SALES AND PARTS AKA 123 AUTO SALES AND PARTKS AKA 1, 2,3 AUTO PARTS AKA 1-2-3 AUTO SALES and RUTH PRICE, Individually and dba 123 AUTO SALES AKA 1, 2, 3, AUTO SALES

OF COUNSEL:
Stephen J. McGrath
Texas Bar No. 2467761
S.D. Bar No. 1726004
HEARD & MEDACK, P.C.
14100 Southwest Freeway, Suite 300
Sugar Land, Texas 77074
(713) 772-6400 – Telephone
(713) 772-6495 – Facsimile
Email: smcgrath@heardmedackpc.com

## **CERTIFICATE OF SERVICE**

      Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument to which this Certificate is attached was duly served upon each party by facsimile, U.S. First Class Mail and/or using the ECF System for filing and transmittal of a Notice of Electronic Filing pursuant to the Federal Rules of Civil Procedure on this 18th day of February, 2022.

Kelly G. Prather  
The Greenwood Prather Law Firm, P.C.  
2009 North Durham Dr.  
Houston, Texas 77008  
Email: kgreenwood@midtownlegal.com

                                                    */s/ David W. Medack*  
                                                   David W. Medack