**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| SOCIETE DE L'ASSURANCE § | |
| AUTOMOBILE DU QUEBEC § | C.A. NO. 7:22-CV-00059 |
| § | |
| V. § | |
| § | |
| ABRAN RAMIREZ, LARRY PRICE, § | |
| Individually and dba 1, 2, 3 AUTO SALES § | |
| AND PARTS, RUTH PRICE, Individually § | |
| and dba 123 AUTO SALES § | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Plaintiff, Societe de L'Assurance Automobile du Quebec, ("Plaintiff"), files this Motion for Default Judgment against Defendant, Abran Ramirez.

1. On January 10, 2022 (the "Petition Date"), Plaintiff filed suit against Defendant. [ECF No. 1]. The complaint alleged that On January 11, 2021 at around 11:30 a.m., Plaintiffs were stopped at a red light in a line of vehicles in the 3000 block of South McColl Road in the southbound direction. Defendant, Abran Ramirez, driving a vehicle owned, according to state records, by Defendants, Larry Price and Ruth Price. Defendant, Ramirez, failed to control his speed and keep a proper look causing a major rear-end crash to multiple vehicles. Four citizens of Quebec suffered serious injuries in the crash. Plaintiff, SAAQ, paid a total of $166,032.25 in medical bills for treatment of the injuries sustained by the Quebec citizens in the crash. Defendant, Ramirez, failed to operate the vehicle with ordinary care and prudence when he crashed into the vehicle in which the four Quebec citizens were travelling. against Defendant.

2. Plaintiff served Defendant with the Summons and copy of the Original Complaint on June 10, 2022. [ECF No. 11]

3. Defendant did not seek an extension of time to file an Answer to the lawsuit. Defendant has failed to file a responsive pleading or motion to the Complaint.

4. Plaintiff requests that the Court take judicial notice and/or incorporate by reference the Court's entire file this cause, including without limitation to the Complaint and the Summons on file in this case. Plaintiff also incorporates by reference the Declaration and attachments attached hereto for all purposes as **Exhibit 1**.

5. Plaintiff is entitled to a default judgment against Defendant because more than 30 days have elapsed since Plaintiff served Defendant with the Summons and copy of the Original Complaint and Defendant has failed to make an appearance in the lawsuit.

6. Pursuant to the Federal Rules of Procedure, Plaintiff is entitled to a default judgment since Plaintiff served Defendant with copies of the Complaint and Summons on June 10, 2022, and Defendant has failed to make an appearance after more than 30 have elapsed since the date of service. Plaintiff therefore requests the Court to enter a default judgment in favor of Plaintiff against Defendant, jointly and severally, as described in the Prayer.

## Prayer

For these reasons, the Plaintiff requests entry of default judgment against the Defendant, Abran Ramirez, as follows:

   a. Awarding Plaintiff, Societe de L'Assurance Automobile du Quebec, judgment against the Defendant, Abran Ramirez, in the amount of $166,032.25 and directing the Defendant, Abran Ramirez, to immediately repay Plaintiff, such amount;

   b. Awarding the Plaintiff post-judgment interest on the entire judgement pursuant to 28 U.S.C. 1961(a) from the date of judgment until the judgment is satisfied at the rate of 5.21% compounded annually.

   c. Awarding the Plaintiff court costs of $640.93 for the filing fee and service of process;

    d.  Granting the Plaintiff such other and further relief as the Court deems just and proper.

Dated: May 29, 2024.

                              Respectfully submitted,

                              By: /s/ Kelly Greenwood Prather
                              Kelly Greenwood Prather
                              TBN: 00796670;
                              So. Dist. of Texas No: 21829
                              The Greenwood Prather Law Firm, PC
                              2009 North Durham Drive
                              Houston, Texas 77008
                              Telephone: (713) 333-3200
                              Facsimile: (713) 621-1449
                              E-File: kelly@greenwoodprather.com
                              **Attorney for Plaintiff**

### Certificate of Service

I certify that on the Wednesday, May 29, 2024, I electronically filed **Plaintiff's Motion for Default Judgment** through CM/ECF electronic notice system and a true copy of the foregoing was served upon the parties who have requested e-notice via the CM/ECF electronic notice system. I have also served by first class mail and CM RRR 9589 0710 5270 1291 4566 10 to Abran Ramirez, 329 Denny Drive, Pharr, Texas 78577.

                              /s/ Kelly Greenwood Prather
                              Kelly Greenwood Prather