Case 7:22-cv-00059   Document 60   Filed on 12/13/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| SOCIETE DE L'ASSURANCE AUTOMOBILE DU QUEBEC § § § V. § § ABRAN RAMIREZ, LARRY PRICE, § Individually and dba 1, 2, 3 AUTO SALES § AND PARTS, RUTH PRICE, Individually § and dba 123 AUTO SALES § | C.A. NO. 7:22-CV-00059 |

## JUDGMENT

Judgment is granted to Plaintiff, Societe de l'Assurance Automobile du Quebec, against Abran Ramirez for $166,679.56 plus court cost of $640.93. This Judgment bears interest at 4.24% per annum from the date of entry.

Signed this 13th day of December, 2024.

_____
Ricardo H. Hinojosa
United States District Court Judge